UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLF 001, AN INDIVIDUAL, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COOPERSURGICAL, INC., et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-01192-AGT<br><br>**ORDER TO PROCEED PSEUDONYMOUSLY**<br><br>Re: Dkt. No. 7 |

　　　The Court grants plaintiffs' request for leave to proceed pseudonymously on the condition that after defendants are served and appear they may move to unseal plaintiffs' names.

　　**IT IS SO ORDERED.**

Dated: March 22, 2024

Alex G. Tse
United States Magistrate Judge